UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:05:CR:27

v.

                                           HON. GORDON J. QUIST

JOSEPH EDWARD TOWER and
CHARLES LOUIS KITTERMAN,

        Defendants.
_____/

**ORDER**

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.        The Report and Recommendation of the Magistrate Judge filed May 5, 2005, is approved and adopted as the Opinion and Findings of this Court.

        2.        Defendant Joseph Edward Tower's and Defendant Charles Louis Kitterman's pleas of guilty to Count One of the Indictment are accepted. Defendants Joseph Edward Tower and Charles Louis Kitterman are adjudicated guilty.

        3.        A decision of whether to accept the written plea agreements will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Reports. See U.S.S.G. Ch. 6.

Dated: August 2, 2005                                        /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE